**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Van Thi-Hanh Trinh,** *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-02914-DAE-SH** |
| | § | |
| **Jennifer Bradford, *et al.*,** *Defendants* | § | |
| | § | |

**ORDER**

Plaintiff Van Thi-Hanh Trinh, proceeding *pro se*, sues nine Defendants for alleged fraudulent activity and violations of the Racketeer Influenced and Corrupt Organizations Act.[1] Dkt. 1. She initiated this litigation by filing twenty documents totaling over 300 pages in one day. Dkts. 1-20.

The Court "has the inherent power to manage and control its own docket in order to achieve the orderly and expeditious disposition of cases." *Aguirre v. ISC Constructors, LLC*, 70 F. Supp. 3d 766, 781 (E.D. Tex. 2014) (citing *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005)). This may include limiting additional filings when the parties have burdened the court or frustrated timely disposition of matters. *Brown v. Gateway Mortg. Grp., LLC*, No. 3:23-CV-2826-S-BN, 2024 WL 1077603, at *2 (N.D. Tex. Mar. 5, 2024).

The issues now before the Court are whether Trinh should be granted leave to proceed without prepaying fees or costs and whether her case should be dismissed as frivolous under 28 U.S.C. § 1915(e). The Court can most efficiently address Trinh's request to proceed *in forma pauperis* with a pause on additional filings.

[1] The District Court referred this case to this Magistrate Judge for disposition of the application to proceed *in forma pauperis* and a recommendation as to whether the case should be dismissed as frivolous under 28 U.S.C. § 1915(e), pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge David A. Ezra. Dkt. 21.

Accordingly, the Court **STAYS** all new filings pending disposition of Trinh's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 3). The Clerk's Office is **ORDERED** not to accept new filings in this case pending further order of the Court.

Failure to comply with this Order may result in the imposition of sanctions.

**SIGNED** on October 16, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE