# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Van Thi-Hanh Trinh,**<br>*Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-02914-DAE-SH** |
| | § | |
| **Jennifer Bradford, *et al.*,**<br>*Defendants* | § | |
| | § | |

## ORDER AND REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**TO: THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE**

Before the Court are Plaintiff Van Thi-Hanh Trinh's Complaint (Dkt. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 3), both filed October 15, 2026.[1]

### I. *In Forma Pauperis* Status

Under 28 U.S.C. § 1915(a)(1), a court may permit a plaintiff to file an action "without prepayment of fees or security thereof" if she shows by affidavit that she cannot pay such fees or security. Section 1915(a) "is intended to provide access to federal courts for plaintiffs who lack the financial resources to pay . . . statutory filing costs." *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). In making an *in forma pauperis* determination, a court should consider whether an applicant can pay the filing fee without suffering undue financial hardship. *Id.*

[1] The Honorable David A. Ezra referred this case to this Magistrate Judge for disposition of the Application and a recommendation as to whether the case should be dismissed as frivolous under 28 U.S.C. § 1915(e), pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Court Docket Management Standing Order for United States District Judge David A. Ezra. Dkt. 21.

After reviewing her application, the Court finds that Trinh cannot pay the filing fee without experiencing undue financial hardship and **GRANTS** her *in forma pauperis* status. This *in forma pauperis* status is granted subject to a later determination that the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious under § 1915(e)(2). The Court also may impose costs of court against Trinh at the end of this lawsuit, as in other cases. *Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

## II. Section 1915(e)(2) Frivolousness Review

Because Trinh has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review her Complaint under § 1915(e)(2). A court shall dismiss a complaint filed *in forma pauperis* if the court concludes that the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). "An action may be dismissed as malicious or frivolous if it duplicates claims raised by the same plaintiff in previous or pending litigation." *Sifuentes v. Dell Techs. Inc.*, No. 1:26-CV-01633-ABD-SH, 2026 WL 2350033, at *1 (W.D. Tex. July 24, 2026), *R. & R. adopted*, 2026 WL 2342550 (W.D. Tex. Aug. 12, 2026) (citation omitted).

The Court finds that this case is duplicative of another suit filed by Trinh, who is proceeding *pro se*, less than three months earlier in the Southern District of Texas: *Trinh v. Bradford*, No. 4:26-cv-5247, 2026 WL 2211002 (S.D. Tex. July 28, 2026). Because the complaints in the two cases are identical, Trinh "improperly seeks the same judicial relief in two concurrent lawsuits pending in two different federal districts." *Bradford*, No. 4:26-cv-5247, Dkt. 20 at 2. She also has filed at least ten other lawsuits in state and federal courts over the past four years, and "many of plaintiff's claims have been raised, denied, dismissed, or remain pending in earlier litigation." *Bradford*, 2026 WL 2211002, at *1 n.2 (collecting cases).

Because Trinh's claims are duplicative of those alleged in a previous action, this Magistrate Judge recommends that Judge Ezra dismiss her Complaint as frivolous and malicious. *Sifuentes*, 2026 WL 2350033, at *1; *see also Pittman v. Moore*, 980 F.2d 994, 994 (5th Cir. 1993) (affirming dismissal of duplicative lawsuit as malicious).

## III. Order

The Court **GRANTS** Trinh's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 3).

## IV. Recommendation

This Magistrate Judge **RECOMMENDS** that the Honorable David A. Ezra **DISMISS** this lawsuit as frivolous and malicious under 28 U.S.C. § 1915(e)(2).

The Court **FURTHER RECOMMENDS** that Judge Ezra **WARN** Trinh that if she continues to file frivolous or duplicative lawsuits, the Court may impose sanctions against her, including monetary sanctions and a pre-filing bar.

The Court **ORDERS** that the Clerk remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

## V. Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and,

except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**This Magistrate Judge LIFTS the stay of new filings (Dkt. 22) only as to any objections by the parties to this Report and Recommendation.**

**SIGNED** on November 15, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE